# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:13-CV-2630-CEJ |
| | ) |
| FEDERAL GOVERNMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Over the past four months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy.[1]  He

---

[1] *See e.g., Warren v. Federal Gov't*, No. 4:13-CV-1465-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1560-RWS  (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1570-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1634-HEA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1643-AGF (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1780-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1878-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1906-TIA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1998-SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2069-SPM (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2093-DDN (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2147-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2206-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2233-CAS (E.D. Mo.); *Warren v. Federal Gov't*, No. 4:13-CV-2303-NAB (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2306-CEJ (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2339-JAR (E.D. Mo.); *Warren v. Federal Gov't*; 4:13-CV-2340-TIA (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2379-JCH (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2408-CDP (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2444-TCM (E.D. Mo.); *Warren v. Federal Gov't*,

alleges that the federal government and other named defendants are "ungodly" and are "using racism and terrorism" against him and are trying to murder him and his family.

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Gov't*, 4:13-CV-1878-CEJ (E.D. Mo.). This case is no different from his previous cases. Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) ("Judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. # 2] is **DENIED**.

---

4:13-CV-2539-CEJ (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2560-AGF (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2564-HEA.

A separate Order of Dismissal will be filed contemporaneously.

Dated this 3rd day of January, 2014.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE